## POITEVANT v. THE STATE.

(Decided November 20, 1913.)

APPEAL from Mobile City Court.
Heard before Hon. O. J. SEMMES.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.

DE GRAFFENRIED, J.—Affirmed.